UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:10cr0164 |
| VERSUS | * | JUDGE HAIK |
| DR. ALLISON HARGRAVE | * | MAGISTRATE JUDGE HILL |

<u>RULING ON COMPETENCY</u>

On Motion of the government[1] and there being no objection by the defendant, the undersigned issued an Order committing the defendant, Dr. Allison Hargrave, to the custody of the Attorney General for a mental examination pursuant to Title 18 U.S.C. § 4242, to determine if the defendant is suffering from a mental disease or defect rendering her incompetent to stand trial and to determine if the defendant was insane at the time of the offense charged. [rec. doc. 50]. A Forensic Evaluation and an Addendum thereto has been received by the Court and filed under seal. [rec. docs. 53 and 54].

A status conference was set for January 5, 2011 before the undersigned Magistrate Judge. However, after reviewing the Forensic Evaluation and an Addendum thereto, both defense counsel John Kevin Stockstill and AUSA John Luke Walker advised that, other than the November 4, 2010 Forensic Evaluation and the December 15, 2010 Forensic Evaluation Addendum submitted by Lisa Hope, Psy.D. (Forensic Psychologist) and Ralph Ihle, Ph.D. (Chief/Forensic Psychologist), they had no additional evidence to submit. Counsel further advised that they had no objection to the Forensic Evaluation or Addendum thereto.

---

[1]The Motion was filed in response to the defendant's Notice of Intent to present an insanity defense. [*See* rec. docs. 40 and 41].

2

Accordingly, further hearing regarding the defendant's competency was waived, and the matter was submitted on the November 4, 2010 Forensic Evaluation and the December 15, 2010 Forensic Evaluation Addendum.  This Ruling follows.

The undersigned adopts the complete facts, findings, assessment and conclusions articulated in the Forensic Evaluation dated November 4, 2010 and the Forensic Evaluation Addendum dated December 15, 2010.

Based on the facts, findings, assessment and conclusions articulated in the Forensic Evaluation and on the opinion of Lisa Hope, Psy.D. and Ralph Ihle, Ph.D. that although "Ms. Hargrave suffers from a Posttraumatic Stress Disorder (PTSD) . . . the signs and symptoms of that disorder are not so severe that they impair her present ability to understand the nature and consequences of the court proceedings against her, or her ability to properly assist counsel in her defense",  the undersigned concludes that the defendant, Dr. Allison Hargrave, is sufficiently able to understand the nature and consequences of these criminal proceedings and sufficiently able to assist counsel in her defense to support a finding that she is competent to proceed to trial.  **Accordingly, the undersigned finds the defendant, Dr. Allison Hargrave, competent to proceed to trial.**

Based on  the facts, findings, assessment and conclusions articulated in the Forensic Evaluation Addendum and on the opinion of Lisa Hope, Psy.D. and Ralph Ihle, Ph.D. that "there is no objective evidence to indicate that Ms. Hargrave suffered from signs or symptoms of a major mental disorder, or mental condition that rendered her unable to

appreciate the nature, quality or wrongfulness of her actions during the time period of the alleged offense", the undersigned concludes that the defendant, Dr. Allison Hargrave, did not suffer from a major mental disorder or mental condition sufficient to support a finding that she was insane at the time of the offense charged.  **Accordingly, the undersigned finds the defendant, Dr. Allison Hargrave, was not insane at the time of the offense charged.**

     Signed at Lafayette, Louisiana on January 4, 2011.

*C. Michael Hill*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE