UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:10-0164 |
| | | CIVIL NO. 6:13-0929 |
| VERSUS | * | JUDGE HAIK |
| ALLISON HARGRAVE | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by the petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Allison Hargrave's Motion to Vacate filed pursuant to 28 U.S.C. § 2255 [rec. doc. 124] is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in ~~Shreveport~~ Lafayette (RTH), Louisiana, on this 27th day of March, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE